IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LORETTA SMITH, as Substitute Party for LORENZO SMITH (deceased), | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. CIV-09-580-C |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Findings and Recommendation entered by United States Magistrate Judge Shon T. Erwin on March 28, 2011. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Findings and Recommendation in its entirety.

Accordingly, the Findings and Recommendation of the Magistrate Judge (Dkt. No. 28) is adopted and the decision of the Commissioner denying disability insurance benefits is affirmed. A judgment shall enter accordingly.

IT IS SO ORDERED this 25th day of April, 2011.

ROBIN J. CAUTHRON
United States District Judge